# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUWELING NURSERIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> MERAS ENGINEERING INC., <br><br> Defendant. | Case No. 1:22-cv-00846-ADA-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE <br><br> (ECF No. 17) |

On November 30, 2022, the parties filed a stipulation of dismissal. (ECF No. 17.) In light of the notice of dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice, with each party to bear its own attorney fees and costs.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close the case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **December 1, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1